**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7028

RONALD HUNT,

Plaintiff - Appellant,

v.

CHADWICK DOTSON; JESSY JERGENS; SHERIFF; JOHN DOE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:24-cv-00387-JKW-RJK)

Submitted:  March 11, 2025                           Decided:  March 14, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Hunt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Hunt appeals the district court's order dismissing his action without prejudice for failure to prosecute and failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hunt v. Clarke*, No. 2:24-cv-00387-JKW-RJK (E.D. Va. Sept. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
